RICHARD J. O'CONNELL, JR., Appellant, *v.* WESTINGHOUSE X-RAY COMPANY, INC., Respondent.

Argued January 21, 1942; decided March 19, 1942.

*Jeremiah J. Riordan* and *Thomas J. O' Neill* for appellant.

*Fred L. Gross* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that questions of fact were presented for the determination of the jury in regard both to the defendant's negligence, and plaintiff's freedom from contributory negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.